CONDUR AFFILIATES, INC., Respondent, *v.* RONNIE, INC., Appellant.

Submitted February 21, 1949; decided March 3, 1949.

*Joseph L. Greenberg* for motion.

*Alvin I. Perlmutter* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.